## Pioneer Savings and Loan Company v. Frederick Kirk et al.

1. GOVERNED *by the Two Preceding Cases.*

**Memorandum.**—In equity. Appeal from the Circuit Court of White County; the Hon. E. D. YOUNGBLOOD, Judge, presiding. Heard in this court at the August term, 1894. Reversed, etc.

CALHOUN, STEELY & JONES, attorneys for appellant;
GEORGE D. EMERY, of counsel.

ORGAN & ORGAN and M. H. MUNDY, attorneys for appellees.

MR. JUSTICE SAMPLE DELIVERED THE OPINION OF THE COURT.

This case involves the same legal questions raised and
decided in the two preceding cases. The decree in the
original bill is set aside with directions to dismiss the bill,
and the decree on the cross-bill is reversed and the cause
remanded.